UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
LAURA BRAGA, individually and as :
administratrix of the Estate of WAYNE BRAGA, :
JOHN BRAGA, and SHEILA BRAGA, : **NOTICE OF APPEARANCE**
:
        Plaintiffs, : 08-CV-03141 (RWS)
:
       - against - :
:
SUPERINTENDENT RAYMOND J. :
CUNNINGHAM, et al., :
:
        Defendants. :
---------------------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned appears in this action as attorney of record on behalf of defendants Superintendent Raymond J. Cunningham, Dr. Mervat Makram, Correction Officers James Clark and Todd Mahnken, and Nurses Dorothy O'Keeffe and Sharon Alberti. All papers are to be served upon counsel at the address indicated below.

Dated: New York, New York
       May 19, 2008

                                          ANDREW M. CUOMO
                                          Attorney General of the
                                            State of New York
                                          Attorney for Respondent
                                          120 Broadway
                                          New York, New York 10271

              By:    /s/ Frederick Wen
                      FREDERICK H. WEN (FW 7588)
                      Assistant Attorney General
                      120 Broadway
                      New York, New York 10271
                      (212) 416-6536
                      (212) 416-6075/6076/6009 (fax)
                      Fred.Wen@oag.state.ny.us

## DECLARATION OF SERVICE

FREDERICK H. WEN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on May 19, 2008, he served the annexed Notice of Appearance by having it mailed to counsel for the plaintiffs via the United States Postal Service to the following address:

> Andrew Brian Stoll, Esq.
> Stoll, Glickman & Bellina, LLP
> 71 Nevins Street
> Brooklyn, NY 11217

> /s/ Frederick Wen
> FREDERICK H. WEN (FW 7588)
> Assistant Attorney General
> 120 Broadway
> New York, New York 10271
> (212) 416-6536

Executed on May 19, 2008