


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

May 28, 2008

**VIA FIRST CLASS MAIL**
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

          Re:    Braga v. Cunningham, et al.
                 08-CV-03141 (RWS)

Dear Judge Sweet:

     Our office represents defendants Superintendent Raymond J. Cunningham, Dr. Mervat Makram, Correction Officers James Clark and Todd Mahnken, and Nurses Dorothy O'Keeffe and Sharon Alberti, whose deadline to respond to the above-referenced complaint is June 6, 2008. On behalf of these defendants, I respectfully request a sixty-day extension to respond to the complaint until August 5, 2008, to allow for discussions with my clients. This is my first request for an extension, and counsel for the plaintiff has consented to my request.

     Accordingly, the above defendants respectfully request a sixty-day extension to respond to the complaint as set forth above.

                                       Respectfully submitted,

                                       Frederick H. Wen (FW-7588)
                                       Assistant Attorney General
                                       120 Broadway
                                       New York, NY 10271
                                       (212) 416-6536

cc:    Andrew Brian Stoll, Esq.
        Stoll, Glickman & Bellina, LLP
        71 Nevins Street
        Brooklyn, NY 11217

*So ordered*
*Sweet USDJ*
*5.29.08*