UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Braga

-v.-

: 08 Civ. 3141 (RWS)

Cunningham
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

Please be advised that the conference scheduled

for __Oct 28, 09__ has been rescheduled to

__Dec 2, 09__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10-28-09

_____
ROBERT W. SWEET
United States District Judge